UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER STEVER, D.O., | ) | Case No. 2:15-cv-06506 CAS (JEMx) |
| Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| STANDARD INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:15-cv-06506 CAS (JEMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: December 29, 2015

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

147102.1

1

Case No. 2:15-cv-06506 CAS (JEMx)
[PROPOSED] ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE